CLAIRE FRIEDLANDER *v.* HENRY FRIEDLANDER

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 833, is denied.

*Henry Friedlander,* pro se, in support of the petition.

Decided June 20, 1991

KEITH T. MANNING ET AL. *v.* HAROLD J. BARENZ ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 24 Conn. App. 592, is granted, limited to the following issues:

"1. Do the recreational land use statutes, General Statutes § 52-557f et seq., apply to (a) municipalities, and (b) employees of municipalities?

"2. If the statutes do so apply, do they apply to the conduct of the defendants involved in this case?"

*David W. Cooney* and *Kathryn Calibey,* in support of the petition.

*Andrew J. O'Keefe* and *Maureen Sullivan Dinnan,* in opposition.

Decided June 21, 1991

STATE OF CONNECTICUT *v.* GUILLERMO RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 670, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 25, 1991